

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )   Case No.   **18 CR 002 CVE** |
| | ) |
| **Plaintiff,** | )   <u>INDICTMENT</u> |
| | )   **[COUNT 1: 18 U.S.C. § 1201(a)(1) –** |
| **v.** | )   **Kidnapping;** |
| | )   **COUNT 2: 18 U.S.C. § 924(c)(1)(A)(ii) –** |
| **RANDY ALAN HAMETT,** | )   **Using, Carrying, and Brandishing a** |
| | )   **Firearm During and in Relation to a** |
| **Defendant.** | )   **Crime of Violence;** |
| | )   **COUNT 3: 18 U.S.C. §§ 922(j) and** |
| | )   **924(a)(2) – Possessing and Receiving** |
| | )   **Stolen Firearm and Ammunition;** |
| | )   **COUNT 4: 18 U.S.C. §§ 922(g)(8) and** |
| | )   **924(a)(2) – Possession of Firearms and** |
| | )   **Ammunition While Subject to a** |
| | )   **Domestic Violence Protective Order;** |
| | )   **Forfeiture Allegation - 18 U.S.C. §** |
| | )   **924(d) and 28 U.S.C. § 2461(c) –** |
| | )   **Firearms and Ammunition Forfeiture]** |

**FILED**

JAN 1 0 2018

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

### THE GRAND JURY CHARGES:

### <u>COUNT ONE</u>
### [18 U.S.C. § 1201(a)(1)]

Beginning on or about April 25, 2017, and continuing through on or about April 26, 2017, in the Northern District of Oklahoma and elsewhere, the defendant, **RANDY ALAN HAMETT**, did unlawfully and knowingly seize, confine, kidnap, and abduct Person A, a person known to the Grand Jury, for some benefit and purpose and, in committing and in furtherance of the commission of the offense, did willfully transport Person A in interstate commerce from Oklahoma to Arkansas.

All in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT TWO
### [18 U.S.C. § 924(c)(1)(A)(ii)]

Beginning on or about April 25, 2017, and continuing through on or about April 26, 2017, in the Northern District of Oklahoma and elsewhere, the defendant, **RANDY ALAN HAMETT**, knowingly used, carried, and brandished a firearm, that is, a Smith & Wesson, Model 649, .357 Magnum pistol, serial number CEC2585, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Kidnapping, as more fully set forth in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE
### [18 U.S.C. §§ 922(j) and 924(a)(2)]

Beginning on or about April 25, 2017, and continuing through on or about April 26, 2017, in the Northern District of Oklahoma and elsewhere, the defendant, **RANDY ALAN HAMETT**, knowingly possessed, and received, the following stolen firearm and ammunition which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm and ammunition were stolen:

1. Rock Island Armory by Armscor Precision International, Model M200, .38 Special caliber revolver, serial number: RIA1817683;

2. Ten rounds of Hornady brand .38 Special caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT FOUR
### [18 U.S.C. §§ 922(g)(8) and 924(a)(2)]

Beginning on or about April 25, 2017, and continuing through on or about April 26, 2017, in the Northern District of Oklahoma and elsewhere, the defendant, **RANDY ALAN HAMETT**, who was subject to a court order issued on March 21, 2017, in case number PO-2017-440, in the District Court in and for Tulsa County, Oklahoma, which:

    a.  was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate; and

    b.  restrained him from harassing, stalking, or threatening an intimate partner, and restrained him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the intimate partner; and

    c.  by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, and included a finding that the defendant was a credible threat to the physical safety of the intimate partner;

did knowingly possess in and affecting interstate commerce  the following firearms and ammunition:

1. Smith & Wesson, Model 649, .357 Magnum pistol, serial number CEC2585;

2. Five rounds of Hornady brand .357 Magnum caliber ammunition;

3. Rock Island Armory by Armscor Precision International, Model M200, .38 Special caliber revolver, serial number: RIA1817683;

4.  Ten rounds of Hornady brand .38 Special caliber ammunition;

5.  Mossberg 500A, 12-gauge caliber shotgun, serial number J938749;

6.  Two rounds of Hornady brand 12-gauge caliber ammunition; and

7.  Two rounds of Winchester brand 12-gauge caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

The allegations contained in Counts Two through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the firearms and ammunition offenses alleged in Counts Two through Four of this Indictment, as part of his sentence, the defendant, **RANDY ALAN HAMETT**, shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of such firearms offenses, including, but not limited to:

### FIREARMS AND AMMUNITION

1. Smith & Wesson, Model 649, .357 Magnum pistol, serial number CEC2585;

2. Five (5) rounds of Hornady brand .357 Magnum caliber ammunition;

3. Ten (10) rounds of Hornady brand .38 Special caliber ammunition;

4. Mossberg 500A, 12-gauge caliber shotgun, serial number J938749;

5. Two (2) rounds of Hornady brand 12-gauge caliber ammunition; and

6. Two (2) rounds of Winchester brand 12-gauge caliber ammunition.

6

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).


R. TRENT SHORES
UNITED STATES ATTORNEY

JEFFREY A. GALLANT
Assistant United States Attorney

A TRUE BILL

*/s/Grand Jury Foreperson*
Grand Jury Foreperson